**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6708**

─────────────

MICHAEL MAYO,

                              Plaintiff - Appellant,

        versus

MONTY SHELOR, Correctional Officer; TERRY
HALL, Correctional Officer; CHAD SHIFFLET,
Sergeant, Correctional Officer,

                              Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Glen E. Conrad, Magistrate Judge.
(CA-02-481-7)

─────────────

Submitted: June 20, 2002          Decided: June 27, 2002

─────────────

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Michael Mayo, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Mayo appeals the district court's order denying his motion to appoint counsel in his § 1983 action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

Accordingly, we dismiss the appeal as interlocutory and deny Mayo's motion for appointment of appellate counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2